UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE, TENNESSEE

| | |
|---|---|
| FIRST HORIZON BANK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. _____ |
| § | |
| KIM CAMERA, et al. § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and through counsel, Plaintiff, First Horizon Bank, states that First Horizon Corporation is the parent corporation of First Horizon Bank and is a publicly held corporation owning 10% or more of First Horizon Bank's stock.

Respectfully submitted this 10th day of January, 2022.

/s/ Brent B. Young
Brent B. Young (BPR No. 019667)
Ronald S. Range, III (BPR No. 033499)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
602 Sevier Street, Suite 300
Johnson City, Tennessee 37604
Telephone: (423) 928-0181
Facsimile: (423) 979-7657
byoung@bakerdonelson.com
trange@bakerdonelson.com

*Attorneys for Plaintiff*
*First Horizon Bank*