# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE, SITTING AT GREENEVILLE

| | |
|---|---|
| FIRST HORIZON BANK, ) | |
| ) | |
| v. ) | Case No. 2:22-CV-3 |
| ) | |
| KIM CAMERA, *ET AL*. ) | |

## FINAL JUDGMENT AS TO DEFENDANTS, NINA DEPONTE, DEBORAH WILLIAMS, ARTHUR CAMERA, III, AND JOSEPH MICHAEL LIPINSKI

Defendants, Kevin Lipinski, Kelli Lipinski, Nina Deponte, and Deborah Williams, and Defendants, Arthur Camera, III, and Joseph Michael Lipinski, have now advised the Court that they have reached an agreement as to all issues between them. Said agreement is as follows: (a) Nina Deponte should receive the sum of $10,000.00 from the funds on deposit with the Court; (b) Deborah Williams should receive the sum of $10,000.00 from the funds on deposit with the Court; (c) Arthur Camera, III, should receive the sum of $45,000.00 from the funds on deposit with the Court; (d) Joseph Michael Lipinski should receive the sum of $15,000.00 from the funds on deposit with the Court; (e) after payment of the sums set forth herein above, payment of any sum adjudged or agreed to be due to Kim Camera, and any outstanding court costs, Kevin Lipinski and Kelli Lipinski should receive the rest, residue, and remainder of the funds on deposit with the Court; (f) the Counter-Crossclaim of Defendants Joseph Michael Lipinski and Arthur Camera, III, to Defendants/Cross-Claimants Kevin Lipinski and Wife, Kelli Lipinski's First Amended Crossclaim (Doc. 36) should be dismissed with prejudice; and (g) the First Amended Crossclaim of Defendants, Kevin Lipinski and Wife, Kelli Lipinski (Doc. 34) should be dismissed with prejudice as to all other Defendants except Kim Camera, with whom Kevin Lipinski and wife, Kelli Lipinski, have remaining issues that are yet to be adjudicated.

After carefully considering the above-described agreement and the applicable law, the Court finds that the agreed resolution is appropriate in all respects. The Court further finds that Defendant, Kim Camera, is not prejudiced by the agreed resolution set forth herein, inasmuch as the remainder of the funds on deposit with the Court exceed the one-fifth (1/5) share she seeks in the Counter-Crossclaim of Defendant Kim Camera to Defendants/Cross-Claimants Kevin Lipinski and Wife, Kelli Lipinski's First Amended Crossclaim (Doc. 37; p. 6, ¶ 16; p. 7, ¶¶ 1-2).

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Clerk of Court shall pay the sum of $10,000.00 to Defendant, Nina Deponte, from the funds on deposit with the Court in this interpleader action as soon as practicable after entry of this judgment. Said sum shall be paid by the Clerk of Court by way of and through Ms. Deponte's attorney, J. Russell Pryor, whose name shall not be included on the check.

It is further ORDERED, ADJUDGED, and DECREED that the Clerk of Court shall pay the sum of $10,000.00 to Defendant, Deborah Williams, from the funds on deposit with the Court in this interpleader action as soon as practicable after entry of this judgment. Said sum shall be paid by the Clerk of Court by way of and through Ms. Williams' attorney, J. Russell Pryor, whose name shall not be included on the check.

It is further ORDERED, ADJUDGED, and DECREED that the Clerk of Court shall pay the sum of $45,000.00 to Defendant, Arthur Camera, III, from the funds on deposit with the Court in this interpleader action as soon as practicable after entry of this judgment. Said sum shall be paid to Mr. Camera by the Clerk of Court by way of and through his attorney, Michael S. Lattier, whose firm's name --- "Hunter, Smith, & Davis, LLP" --- shall also be included on the check as joint payee.

It is further ORDERED, ADJUDGED, and DECREED that the Clerk of Court shall pay the

sum of $15,000.00 to Defendant, Joseph Michael Lipinski, from the funds on deposit with the Court in this interpleader action as soon as practicable after entry of this judgment. Said sum shall be paid to Joseph Michael Lipinski by the Clerk of Court by way of and through his attorney, Michael S. Lattier, whose firm's name --- "Hunter, Smith, & Davis, LLP" --- shall also be included on the check as joint payee.

It is further ORDERED, ADJUDGED, and DECREED that, after payment of the sums set forth herein above, any sum adjudged at a later date to be due to Kim Camera, and any outstanding court costs, Kevin Lipinski and wife, Kelli Lipinski, shall receive the rest, residue, and remainder of the funds on deposit with the Court in this interpleader action.

It is further ORDERED, ADJUDGED, and DECREED that the Counter-Crossclaim of Defendants Joseph Michael Lipinski and Arthur Camera, III, to Defendants/Cross-Claimants Kevin Lipinski and Wife, Kelli Lipinski's First Amended Crossclaim (Doc. 36) be and hereby is dismissed with prejudice.

It is further ORDERED, ADJUDGED, and DECREED that the First Amended Crossclaim of Defendants, Kevin Lipinski and Wife, Kelli Lipinski (Doc. 34) be and hereby is dismissed with prejudice as to as to all other Defendants with the exception of Kim Camera, against whom Mr. and Mrs. Lipinski shall continue to pursue their Crossclaim (*id*.).

It is further ORDERED, ADJUDGED, and DECREED that the Defendants, Nina Deponte, Deborah Williams, Arthur Camera, III, and Joseph Michael Lipinski be and hereby are dismissed with prejudice as parties to this action.

It is further ORDERED, ADJUDGED, and DECREED that the Defendants shall each be responsible for payment of their own attorney fees and litigation costs.

It is further ORDERED, ADJUDGED, and DECREED that all issues not specifically addressed herein are reserved for resolution by the Court.

SO ORDERED:

_____
CHARLES E. ATCHLEY, JR.,
United States District Judge

APPROVED FOR ENTRY:

/s/ J. Russell Pryor

_____
J. RUSSELL PRYOR (BPR #: 018188)
Attorney for Kevin Lipinski, Kelli Lipinski,
Nina Deponte, and Deborah Williams
206 South Irish Street
Greeneville, TN 37743
(423) 639-0255


/s/ Michael S. Lattier

_____
MICHAEL S. LATTIER (BPR #: 017647)
Attorney for Arthur Camera, III, and
Joseph Michael Lipinski
Hunter, Smith & Davis, LLP
P.O. Box 3740
Kingsport, TN 37664-0740
(423) 378-8838