# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE, SITTING AT GREENEVILLE

| | |
|---|---|
| FIRST HORIZON BANK, ) | |
| ) | |
| v. ) | Case No. 2:22-CV-3 |
| ) | |
| KIM CAMERA, *ET AL*. ) | |

## FINAL JUDGMENT AS TO DEFENDANTS, KEVIN LIPINSKI, KELLI LIPINSKI, AND KIM CAMERA WHICH ADDRESSES ALL REMAINING ISSUES IN THIS MATTER

Defendants, Kevin Lipinski and wife, Kelli Lipinski (hereinafter also referred to as "the Lipinskis"), and Defendant, Kim Camera (hereinafter also referred to as "Ms. Camera"), have now advised the Court that they have reached an agreement as to all remaining issues in this interpleader action. Said agreement is as follows: (a) Ms. Camera should receive the sum of $18,000.00 from the funds on deposit with the Court; (b) the Lipinskis should receive the rest, residue, and remainder of the funds on deposit with the Court, including all interest accrued thereon; (c) the Counter-Crossclaim of Defendant Kim Camera to Defendants/Cross-Claimants Kevin Lipinski and Wife, Kelli Lipinski's First Amended Crossclaim [Doc. 37] should be dismissed with prejudice; and (d) the First Amended Crossclaim of Defendants, Kevin Lipinski and Wife, Kelli Lipinski [Doc. 34] should be dismissed with prejudice.

After carefully considering the above-described agreement and the applicable law, the Court finds that the agreed resolution is appropriate in all respects.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Clerk of Court shall pay the sum of $18,000.00 to Defendant, Kim Camera, from the funds on deposit with the Court in this interpleader action as soon as practicable after entry of this judgment. Said sum shall be paid by the

Clerk of Court by way of and through Ms. Camera's attorney, Jeffrey A. Cobble, whose firm's name --- "Cobble Law Firm" --- shall also be included on the check as joint payee.

It is further ORDERED, ADJUDGED, and DECREED that the Counter-Crossclaim of Defendant Kim Camera to Defendants/Cross-Claimants Kevin Lipinski and Wife, Kelli Lipinski's First Amended Crossclaim [Doc. 37] be and hereby is dismissed with prejudice.

It is further ORDERED, ADJUDGED, and DECREED that the Clerk of Court shall pay to Defendants, Kevin Lipinski and wife, Kelli Lipinski, by way of and through their attorney, J. Russell Pryor, all interest accrued on the funds on deposit with the Court in this interpleader action as soon as practicable after entry of this judgment. Only the names of Kevin Lipinski and wife, Kelli Lipinski, shall be included as payees on the check for said payment of accrued interest.

It is further ORDERED, ADJUDGED, and DECREED that, after payment of the above-described sum to Defendant, Kim Camera, and the above-described accrued interest to Defendants, Kevin Lipinski and wife, Kelli Lipinski, the Clerk of Court shall pay to Kevin Lipinski and Kelli Lipinski the rest, residue, and remainder of the funds on deposit with the Court in this interpleader action as soon as practicable after entry of this judgment. Said funds shall be paid by the Clerk of Court by way of and through the Lipinskis' attorney, J. Russell Pryor, whose firm's name --- "Pryor Law Group, P.C." --- shall also be included on the check as joint payee.

It is further ORDERED, ADJUDGED, and DECREED that the First Amended Crossclaim of Defendants, Kevin Lipinski and Wife, Kelli Lipinski [Doc. 34] be and hereby is dismissed with prejudice.

It is further ORDERED, ADJUDGED, and DECREED that the Defendants shall each be responsible for payment of their own attorney fees and litigation costs.

It is further ORDERED, ADJUDGED, and DECREED that, upon payment of the above-described sums to the proper parties by the Clerk of Court, this matter shall be closed.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge

APPROVED FOR ENTRY:

/s/J. Russell Pryor
J. RUSSELL PRYOR (BPR #: 018188)
Attorney for Kevin Lipinski, Kelli Lipinski,
Nina Deponte, and Deborah Williams
206 South Irish Street
Greeneville, TN 37743
(423) 639-0255

/s/Jeffrey A. Cobble
JEFFREY A. COBBLE (BPR #: 018594)
Attorney for Kim Camera
1315 E. Andrew Johnson Hwy., Ste. 5
Greeneville, TN 37743
(423) 639-6684